**COM.**

v.

**SMITH, M.**

428 MDA 2016

Superior Court of Pennsylvania.

03/28/2017

CP–41–CR–0000905–2015

(Lycoming)

Affirmed

**COM.**

v.

**MARTINEZ, M.**

583 MDA 2016

Superior Court of Pennsylvania.

03/28/2017

Reargument Denied 6/7/2017

CP–67–CR–0002330–2015

(York)

Affirmed

**COM.**

v.

**PEARSON, T.**

504 MDA 2016

Superior Court of Pennsylvania.

03/28/2017

CP–40–CR–0003881–2010

(Luzerne)

Affirmed

**WELLS FARGO BANK, N.A.**

v.

**COSTANTINO, P.**

607 MDA 2016

Superior Court of Pennsylvania.

03/28/2017

2014–06640 (Luzerne)

Affirmed

